UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAYELI ARROYO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HCSC INSURANCES SERVICES COMPNY dba as HCSC Health and Life Insurance Company, an Illinois Corporation; Mindlance, INC., a New Jersey Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  1:26-cv-02740-JLT-FJS<br><br>ORDER GRANTING SECOND STIPULATION TO EXTEND DEFENDANT MINDLANCE INC'S TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 9) |

On April 10, 2026, this action was removed from the Tulare Superior Court of California to the United States District Court for the Eastern District of California. (ECF No. 1.) On April 15, 2026, the Court received the parties' first stipulation to extend Defendant Mindlance, Inc's., time to respond to the complaint for a total of seventeen days (17). (ECF No. 7.) Currently, before the Court is the parties' second stipulation to extend the deadline for Defendant Mindlance, Inc., to respond to the complaint for an additional eleven days (11). (ECF No. 9.) The sum of the first and second stipulations extending Defendant Mindlance's, Inc.'s time to respond, is twenty-eight (28) days. (ECF Nos. 7, 9)

Local Rule 144(a) provides that "an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint … may be filed without approval of the Court if

1

the stipulation is signed on behalf of all the parties who have appeared in the action and are affected by the stipulation." Any additional extension of time must be approved by the Court.

ORDER

Having considered the parties' second stipulation to extend time to respond to the Plaintiff's complaint, the Court that there is good cause for an extension. Per the parties' stipulation, Defendant Mindlance, Inc., must file its responsive pleading on or before May 15, 2026. (ECF No. 9.)

IT IS SO ORDERED.

Dated:    **May 6, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2