UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAYELI ARROYO,<br><br>        Plaintiff,<br><br>        v.<br><br>HCSC INSURANCE SERVICES<br>COMPANY, et al.,<br><br>        Defendants. | Case No.  1:26-cv-02740-JLT-FJS<br><br>ORDER GRANTING Jill S, Vorobiev *PRO HAC VICE* APPLICATION<br><br>(ECF No. 12) |

Before the Court is the application of Jill S. Vorobiev, attorney for Defendants HCSC Insurances Services Company, et al., for admission to practice *pro hac vice*.  L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **May 27, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

1